

# IN THE
# TENTH COURT OF APPEALS

## No. 10-12-00302-CV

**TODD PHILLIPPI,**

                                    **Appellant**

 **v.**

**CITI RESIDENTIAL LENDING, INC., ET AL,**

                                    **Appellee**

### From the County Court at Law
### Ellis County, Texas
### Trial Court No. C-08-3657

## O R D E R

Appellant Todd Phillippi and Appellee Deutsche Bank National Trust Company, as Trustee, in Trust for the Registered Holders of Argent Securities, Inc. Asset-Backed Pass-Through Certificates, Series 2004-W8, have filed a "Joint Motion to Dismiss Appeal," informing the Court that they have reached an agreement in this matter and jointly request that this Court dismiss Phillippi's appeal of the judgment in favor of Deutsche Bank.

The joint motion is granted.  We dismiss Phillippi's appeal against Deutsche Bank.[1]


PER CURIAM


Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Order issued and filed August 22, 2013
Do not publish

---

[1] Phillippi's appeal against Appellee Citi Residential Lending, Inc. remains pending.